433 A.2d 121

Trimiew etc. et al., Appellants, v. Keystone Insurance Co.

Argued June 11, 1980.  Joseph Mellace, for appellants;  John G. Jenemann, for appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Order affirmed.